IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PRIMERICA LIFE INSURANCE
COMPANY

       Plaintiff,

vs.                                   Case No. 1:07-CV-182-SPM/AK

CLARA NELSON, MARSHIA
BRADLEY, BRISHAUN BRADLEY,
LAMIA BRADLEY, BETTY JEAN
BRADLEY, INTERDENOMINATIONAL
THEOLOGICAL CENTER INC., and
CHESTNUT FUNERAL HOME INC.,

       Defendants.
_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to Plaintiff's "Notice of Voluntary Dismissal With Prejudice" (doc. 39) and Federal Rule of Civil Procedure 41(a)(1). Accordingly, the clerk shall close the case.

SO ORDERED this <u>sixteenth</u> day of October, 2008.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge